# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ 24-582 |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| CORABELLE BOLDEN, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was arrested on a warrant issued by the District of Alaska. Defendant is charged by indictment with conspiracy to distribute a controlled substance. She does not appear to have ties to this district, having just moved here in August. She has a criminal history going back to 1992 including controlled substances convictions. Her performance on release is poor and she was remanded to custody for violations in a 2013 case.

She has used several identities or alias and according to the government she has admitted to left Alaska when she learned that coconspirators has been arrested. The Court finds Defendant has failed to overcome the presumption that she is a risk of nonappearance and a danger to the

DETENTION ORDER - 1

community and that no conditions of release would assure her appearance at future court hearings.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 17th day of September, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2